# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX DEAN HERNANDEZ, as an individual,<br>　　　　Plaintiff(s),<br>　vs.<br>EMPLOYMENT SCREENING SERVICES, INC.; UNIVERSAL BACKGROUND SCREENING, INC;. and DOES 1-10 inclusive,<br>　　　　Defendant(s). | Case No.: 2:24-cv-08836-WLH-AS<br><br>**ORDER RE STIPULATION TO FILING SECOND AMENDED COMPLAINT [30]** |

**IT IS HEREBY ORDERED** that:

　1. Plaintiff is granted leave to file his Second Amended Complaint.

Dated: March 18, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

-1-